UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23188-CV-ALTONAGA

**ABIR MULLICK**,

    Plaintiff,

v.

**CARNIVAL CORPORATION**,

    Defendant.

_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court on Carnival's Motion for Stay, and Additionally or Alternatively, Motion for Entry of an Order Administratively Closing the Case, filed on August 28, 2020 [ECF No. 11]. Defendant seeks a postponement of all pre-trial deadlines and the trial date because of Coronavirus-related travel and meeting restrictions. (*See generally id.*). Given the inability to proceed with the orderly progress of the case due to the uncertainty regarding the duration of the restrictions, and to conserve the parties' and judicial resources, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only. All motions are denied as moot. The Court nonetheless retains jurisdiction, and the case shall be restored to the active docket upon court order following motion of the parties (with an accompanying proposed scheduling report) advising they are prepared to proceed with firm — as opposed to what appear to be aspirational — dates for resolution of the case. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Miami, Florida, this 28th day of August, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record